UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nancy J. Nicholson,                          **Case No: 08-cv-6297 PAM/FLN**

     Plaintiff,

vs.                                          **ORDER FOR DISMISSAL**

Walgreen Co.,

     Defendant.

Upon the Stipulation of Dismissal, it is hereby ordered that any and all claims against defendants in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: <u>December   14   </u> , 2009.     BY THE COURT:


<u>s/Paul A. Magnuson      </u>
Paul A. Magnuson, Judge
United States District Court